UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REBECCA LATRICE PARKER,

    Plaintiff,

v.                                                  Case No: 6:24-cv-1388-JSS-LLL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

    Plaintiff challenges Defendant's denial of her benefits. (Dkt. 1.) On July 25, 2025, the magistrate judge recommended that the court affirm the denial. (Dkt. 21.) No party has objected to the recommendation, and the time to do so has passed. Upon consideration, the court adopts the recommendation.

    After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72. With respect to non-dispositive matters, the district judge "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a); *see Jordan v. Comm'r, Miss. Dep't of Corr.*, 947 F.3d 1322, 1327 (11th Cir. 2020). For dispositive matters, the district judge must conduct a de novo review of any portion of the report and recommendation to which a timely objection is made. 28 U.S.C. § 636(b)(1); Fed.

R. Civ. P. 72(b)(3); *United States v. Farias-Gonzalez*, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009) ("A district court makes a de novo determination of those portions of a magistrate's report to which objections are filed."). Even in the absence of a specific objection, the district judge reviews any legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Upon conducting a careful and complete review of the recommendation and giving de novo review to matters of law, the court adopts the recommendation in full.

Accordingly:

1. The recommendation (Dkt. 21) is **ADOPTED**.
2. Defendant's decision is **AFFIRMED**.
3. The Clerk is **DIRECTED** to enter judgment in Defendant's favor, to terminate any pending motions and deadlines, and to close the case file.

**ORDERED** in Orlando, Florida, on August 12, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record